**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GERALD BURTON, *et al.,* | |
| Plaintiffs, | |
| v. | Civil Action No. 10-1750 (BAH) |
| DISTRICT OF COLUMBIA, *et al,* | |
| Defendants. | |

**CONSENT MOTION FOR CLARIFICATION OF MINUTE ORDER**

Defendants respectfully move this Honorable Court, with Plaintiffs' consent, to clarify

their deadline for a response to Plaintiffs' Amended Motion for Class Certification.  On July 7,

2011, the Court entered the following Minute Order:

> MINUTE ORDER (paperless) granting 24 Motion for Extension of Time to File
> Amended Motion for Class Certification. Since the defendant has not alerted the
> Court to any objection to the plaintiffs' motion for extension of time, the motion is
> granted. Plaintiffs shall file their Amended Motion for Class Certification no later
> than August 5, 2011. The defendants response to the motion shall be filed by
> September 5, 2011. Signed by Judge Beryl A. Howell on 7/7/2011. (lcbah2)
> (Entered: 07/07/2011).

September 5, 2011 is Labor Day.  Although Defendants believe that under the Rules, their

response to Plaintiffs' motion would therefore not be due until the next business day,

September 6, 2011, Defendants respectfully seek clarification of the Minute Order to insure that

their response is timely filed.

Pursuant to Local Rule 7(m), undersigned counsel spoke by telephone with counsel for

Plaintiff, Donna Rucker, on the day this motion was filed.  At that time, Ms. Rucker kindly

provided Plaintiffs' consent to the relief sought herein, and added that, in any event, Plaintiffs have no objection to Defendants' filing their papers on Tuesday, September 6th.

In support of their consent motion, Defendants respectfully refer this Honorable Court to the attached memorandum of points and authorities.  A proposed Order also accompanies these papers.

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN EFROS
Deputy Attorney General
Public Interest Division


/s/ *Grace Graham*_____
GRACE GRAHAM, D.C. Bar No. 472878
Chief, Equity Section
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
Direct Dial: (202) 442-9784
Receptionist: (202) 727-6295
Facsimile: (202) 741-8892
Email: grace.graham@dc.gov


/s/ *Jacques P. Lerner*_____
JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
Direct Dial:  (202) 724-1342
Receptionist:  (202) 727-6295
Facsimile:  (202) 741-5908
Email: jacques.lerner@dc.gov

**SEPTEMBER 1, 2011**      **COUNSEL FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GERALD BURTON, *et al.,*

      Plaintiffs,

    v.                                                                      Civil Action No. 10-1750 (BAH)

DISTRICT OF COLUMBIA, *et al,*

      Defendants.

## <u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR CLARIFICATION OF MINUTE ORDER</u>

1.     Compliance with Local Rule 7(m); Plaintiffs' consent to the relied sought herein.

2.     The inherent authority of this Honorable Court.

        Respectfully submitted,

        IRVIN B. NATHAN
        Attorney General for the District of Columbia

        ELLEN EFROS
        Deputy Attorney General
        Public Interest Division


        /s/ *Grace Graham*_____
        GRACE GRAHAM, D.C. Bar No. 472878
        Chief, Equity Section
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        Direct Dial: (202) 442-9784
        Receptionist: (202) 727-6295
        Facsimile: (202) 741-8892
        Email: grace.graham@dc.gov

/s/ *Jacques P. Lerner*_____
JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
Direct Dial:  (202) 724-1342
Receptionist:  (202) 727-6295
Facsimile:  (202) 741-5908
Email: jacques.lerner@dc.gov

**SEPTEMBER 1, 2011**       **COUNSEL FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GERALD BURTON, *et al.,* | |
| Plaintiffs, | |
| v. | Civil Action No. 10-1750 (BAH) |
| DISTRICT OF COLUMBIA, *et al,* | |
| Defendants. | |

## ORDER

Upon consideration of Defendants' Consent Motion for Clarification of Minute Order, the memorandum of points and authorities in support thereof, and the entire record in this case, it is, by the Court, this _____ day of _____, 2011, for the reasons stated by Defendants in their papers,

**ORDERED** that the consent motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the Minute Order of July 7, 2011 is clarified as follows: Defendants may file their response to Plaintiffs' Amended Motion for Class Certification by September 6, 2011.

_____
UNITED STATES DISTRICT JUDGE