# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Gerald Burton et Al.
_____
Plaintiff

vs.   Civil Action No. 10-1750 (BAH)

District of Columbia
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 6th day of November, 20 15, that hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 9th day of October, 20 15 in favor of District of Columbia against said Gerald Burton et Al

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

To the Attached name and addresses also

RECEIVED
NOV -6 2015
Clerk, U.S. District and Bankruptcy Courts

