# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Gerald Burton, et al
_____
Plaintiff

vs.                         Civil Action No. 10-1750 (BAH)

District of Columbia
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  6,  day of  November , 20 15 , that Charles Addo hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the  9  day of  October , 20 15 in favor of  District of Columbia  against said  Gerald Burton et al

_____
Charles N. Addo
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:



RECEIVED
NOV -6 2015
Clerk, U.S. District and Bankruptcy Courts